No. 74–573. CUYLER, CORRECTIONAL SUPERINTENDENT
v. MATTHEWS. C. A. 3d Cir. Motion of respondent for
leave to proceed *in forma pauperis* granted. Certiorari
denied.